**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shane Monet; Robert Etue, Jerry Timm, Larry Martin, Troy Demby )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Northern Arizona Transfers and Storage, )<br>Inc., d/b/a Prescott Moving and Storage, )<br>)<br>Defendants. )<br>) | No. CV-07-8003-PHX-LOA<br><br>**ORDER** |

      Pursuant to the Court's March 10, 2008 Order, docket #27, Plaintiffs were given through March 14, 2008 within which to file their written Objection to the Court's March 10, 2008 Order, or file their Response to Defendant's pending Motion for Summary Judgment. Plaintiffs have filed neither.

      Accordingly,

      **IT IS ORDERED granting** Plaintiff's informal request to dismiss this lawsuit and hereby dismissing this action with prejudice pursuant to Rule 41(a)(2), Fed.R.Civ.P.

      **IT IS FURTHER ORDERED** that Defendant may file an Application for Award of Attorneys' Fees and Non-Taxable Expenses, consistent with this Court's March 10, 2008 Order, on or before **Tuesday, April 8, 2008**. Absent good cause shown, failure of Defendant

. . .

. . .

to file its Application by the aforesaid deadline shall be deemed to be a waiver of any such fees and expenses.

DATED this 25th day of March, 2008.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge

- 2 -