**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Shane Monet; Robert Etue, Jerry Timm, Larry Martin, Troy Demby<br><br>    Plaintiffs,<br><br>vs.<br><br>Northern Arizona Transfers and Storage, Inc., d/b/a Prescott Moving and Storage,<br><br>    Defendant. | No. CV-07-8003-PHX-LOA<br><br>**ORDER** |

      Defendant having timely filed its Motion for an Award of Attorneys' Fees and Related Non-Taxable Costs, docket # 30,

      **IT IS ORDERED** that Plaintiffs and/or Plaintiffs' counsel, either jointly or separately, shall file their response(s) to the subject Motion by **5:00 p.m. on Wednesday, May 7, 2008** and Defendant's Reply, if any, by **5:00 p.m. on Friday, May 23, 2008**. Absent good cause shown, the failure to timely respond in writing with this briefing order may result in a summary adverse ruling on the Motion.

      **IT IS FURTHER ORDERED** that Plaintiffs and/or Plaintiffs' counsel shall address in their separate or joint response(s) why, if an award of attorneys' fees and non-taxable costs is entered, such award of fees and costs should not be entered against the Plaintiffs only, against both Plaintiffs' counsel only, or against Plaintiffs and both Plaintiffs' counsel on a joint and several liability basis.

1    **IT IS FURTHER ORDERED** that Plaintiffs' counsel shall promptly provide
2 to each Plaintiff herein a true and complete copy of Defendant's Motion for an Award of
3 Attorneys' Fees and Related Non-Taxable Costs, docket # 30, and a copy of this Order so that
4 each Plaintiff and local counsel may retain separate counsel to represent their personal interests
5 in the pending issue and thereby avoid any possible ethical conflict of interest for Plaintiffs'
6 counsel.  See, ER 1.7(a)(2); *In re Breen*, 171 Ariz. 250, 255, 830 P.2d 462, 467 (Ariz. 1992).
7 Plaintiffs' counsel shall promptly file a Notice of Compliance with this Order, setting for the
8 specific details of their/his compliance with this particular Order or the good cause, if any, why
9 a true and complete copy of Defendant's Motion for an Award of Attorneys' Fees and Related
10 Non-Taxable Costs, docket # 30, and a copy of this Order were not provided to a particular
11 Plaintiff.

DATED this 9th day of April, 2008.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge