**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shane Monet; Robert Etue, Jerry Timm, Larry Martin, Troy Demby,<br><br>    Plaintiffs,<br><br>vs.<br><br>Northern Arizona Transfers and Storage, Inc., d/b/a Prescott Moving and Storage,<br><br>    Defendant. | No. CV-07-8003-PHX-LOA<br><br>**ORDER** |

This Court has received nothing from either side since the Court held an informal telephonic conference at counsels' request with both counsel on April 14, 2008. At this conference, both counsel indicated they reached a settlement on the pending attorneys' fees motion.

**IT IS ORDERED** that absent a timely showing in writing of good cause by either side to the contrary, the Clerk is hereby directed to enter judgment for Defendant on **May 19, 2008,** terminate this case and deny Defendants' Motion for an Award of Attorneys' Fees and Related Non-Taxable Expenses, docket # 30, as moot because of the parties' and counsel have settled the issue.

DATED this 9th day of May, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge