**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shane Monet, Robert Etue, Jerry Timm, Larry Martin, Troy Demby, | No.  CV-07-8003-PHX-LOA |
| Plaintiffs, | **ORDER** |
| v. | |
| Northern Arizona Transfers and Storage, Inc., d/b/a Prescott Moving and Storage, | |
| Defendant. | |

Pursuant to the foregoing Stipulation, and good cause appearing,

IT IS, HEREBY, ORDERED that this matter may be dismissed with prejudice under the following conditions:

1. The Parties and their counsel have entered into a separate Settlement Agreement which has not been reviewed by this Court.

2. Defendant has the right to reinstitute the lawsuit if the Plaintiffs and/or their counsel do not perform their obligations under the Settlement Agreement, and that this Court will include as one of the terms in the reinstituted lawsuit that the Settlement Agreement will be embodied in any future order of dismissal.

.3 This Court will retain jurisdiction over the lawsuit and the terms of the Settlement Agreement pending full performance of the Settlement Agreement and

notification that the settlement terms have been satisfied. The Court will retain jurisdiction as mandated in *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673(1994) and *Ortolf v. Silver Bar Mines, Inc.*, 111 F.3d 85(1997).

DATED this 30th day of May, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge